| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sova Steel, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**38-3046127** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2179 Coach Way**<br>**Bloomfield Hills, MI**     ZIP Code **48302** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Oakland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sova Steel, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | *(To be completed if debtor is an individual whose debts are primarily consumer debts.)*<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sova Steel, Inc.** |

<strong>Signatures</strong>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
 Signature of Debtor

**X** _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of Attorney\***

**X** **/s/ Charles D. Bullock**
 Signature of Attorney for Debtor(s)

 **Charles D. Bullock P55550 cbullock@sbplclaw.com**
 Printed Name of Attorney for Debtor(s)

 **Stevenson & Bullock, P.L.C.**
 Firm Name

 **26100 American Drive**
 **Suite 500**
 **Southfield, MI 48034**

 Address

 **(248)354-7906  Fax: (248)354-7907**
 Telephone Number

 **November 15, 2011**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Alex M. Sova**
 Signature of Authorized Individual

 **Alex M. Sova**
 Printed Name of Authorized Individual

 **President**
 Title of Authorized Individual

 **November 15, 2011**
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

**X** _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | No. |
| Sova Steel, Inc. | } | |
| | } | Chapter 7 |
| | } | |
| | } | |
| **Debtor** | } | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Alex M. Sova, declare under penalty of perjury that I am the President of Sova Steel, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of November, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Alex M. Sova, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Alex M. Sova, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Alex M. Sova, President of this corporation is authorized and directed to employ Charles D. Bullock P55550 cbullock@sbplclaw.com, attorney and the law firm of Stevenson & Bullock, P.L.C. to represent the corporation in such bankruptcy case."

Date _11-15-11_        Signed _Alex M. Sova_
                              Alex M. Sova
                              President

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Sova Steel, Inc.**                       Case No.

                                      Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **November 15, 2011**                  **/s/ Alex M. Sova**

                                            **Alex M. Sova**/**President**

                                            Signer/Title

```
ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


Airgas Great Lakes
6055 Rockside Woods Blvd.
Independence, OH 44131


Alex M. Sova
2179 Coach Way Ct.
Bloomfield Hills, MI 48302


Belle Tire
24355 Hoover
Warren, MI 48089


Belle Tire
Attn:  Cindi Harris
1000 Enterprise Dr.
Allen Park, MI 48101


Belle Tire Distributors
P.O. Box 641612
Detroit, MI 48264-1612


Bienenstock Court Reporting
30800 Telegraph Rd.
Suite 2925
Franklin, MI 48025


Bienenstock Court Reporting
211 West Fort Street, Suite 1611
Detroit, MI 48226


Bodman, PLC
J. Adam Behrendt
201 W. Big Beaver, Suite 500
Troy, MI 48084


CMA Heavy Haul
7644 Whitmore Lake Rd.
Brighton, MI 48116
```

Cox Industries
PO Box 480366
Macomb, MI 48042


Detroit Imaging
550 West Fort
Detroit, MI 48226


DTE Energy
3200 Hobson St.
Detroit, MI 48201


Exxon Mobile
P.O. Box 688938
Des Moines, IA 50368


Fidelity Bank
1040 E. Maple Rd.
Birmingham, MI 48009


Fidelity Bank
1040 E. Maple
Birmingham, MI 48009


Fidelity Bank
c/o John T. Below
400 Renaissance Center, Suite 3400
Detroit, MI 48243


Gerald Van Wyke
Gerald Van Wyke, P.C.
5440 Corporate Drive, Suite 250
Troy, MI 48098


Home Depot
P.O. Box 530920, Dept. 98
Atlanta, GA 30353-0920


Internal Revenue Service
SBSE/ Insolvency Unit
P.O. Box 330500 - Stop 15
Detroit, MI 48232

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iron Worker's Apprentice Fund of E. MI
c/o David J. Selwocki
Sullivan Ward Asher & Patton, PC
25800 Northwestern Hwy., Ste. 1000
Southfield, MI 48037


Iron Worker's Health Fund of Eastern MI
c/o David J. Selwocki
Sullivan Ward Asher & Patton, PC
25800 Northwestern Hwy., Ste. 1000
Southfield, MI 48037


Iron Worker's Local 25 Fringe Benefits
P. O. Box 8006
Novi, MI 48376-8006


Iron Worker's Local No. 25 Pension Fund
c/o David J. Selwocki
Sullivan Ward Asher & Patton, PC
25800 Northwestern Hwy., Ste. 1000
Southfield, MI 48037


Iron Worker's Local No. 25 Vac. Pay Fund
c/o David J. Selwocki
Sullivan Ward Asher & Patton, PC
25800 Northwestern Hwy., Ste. 1000
Southfield, MI 48037


Iron Workers' Local Union No. 25
Individual Account Retirement Fund
c/o David J. Selwocki
25900 Northwestern Hwy., Ste. 1000
Southfield, MI 48037


Joe Ballor Towing
57760 Main Blvd.
New Haven, MI 48048


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909

Michigan Department of Treasury
Dept. # 77437
PO Box 77000
Detroit, MI 48277


Michigan Department of Treasury
Dep't 77003
Troy, MI 48084


Michigan Department of Treasury
Collection/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Michigan Department of Treasury
P.O. Box 30199
Lansing, MI 48909-7699


North American Specialty Insurance
c/o Jeffrey M. Frank
2301 West Big Beaver, Suite 300
Troy, MI 48084


Northwestern Mutual Life


Premium Assignment
P.O. Box 3066
Tallahassee, FL 32315


Spring Mountain Water Co.
425 S Dort Hw
Flint, MI 48503


Sunoco
P.O. Box 689155
Des Moines, IA 50368-9155


Waste Management of Michigan
1001 Fannin, Suite 4000
Houston, TX 77002


XO Communications
P.O. Box 60000
San Francisco, CA 94160-3708

```
XO Communications
8851 Sandy Pkwy
Sandy, UT 84070


XO Communications
21555 Melrose Ave
Suite 7
Southfield, MI 48075


XO Communications
14239 Collections Center Drive
Chicago, IL 60693
```